COURTROOM DEPUTY'S MINUTES                                     MIDDLE DISTRICT OF ALABAMA
---

√ INITIAL APPEARANCE                              DATE: April 21, 2006
❒ BOND HEARING
❒ DETENTION HEARING                               Digital Recording    2:16 - 2:38
❒ PRELIMINARY (EXAMINATION)(HEARING)
❒ REMOVAL HEARING (R.40)
❒ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:06mj38-SRW                **DEFENDANT NAME:** Antonio Cervantes-Cano

**AUSA:** Terry Moorer                   **DEFT. ATTY:** Kevin Butler

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Ron Thweatt

**Interpreter needed:** ( ) NO; (√) YES   Name: Teresa Ramos (TIP)

---

| | |
|---|---|
| ❒ | Date of Arrest April 20, 2006 or ❒ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❒ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❒ | Panel Attorney Appointed; ❒ to be appointed - prepare voucher |
| ❒ | Deft. Advises he will retain counsel.  Has retained _____ |
| √ | ❒ Government's ORAL Motion for Detention Hrg. ❒ to be followed by written motion; √ Government's WRITTEN Motion for Detention has been filed |
| √ | Detention Hearing/Preliminary Examination set 4/24/06 @ 1:00 p.m. (unless interpreter is unavailable) |
| ❒ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❒ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❒ | Release order entered.  Deft advised of conditions of release |
| ❒ | ❒ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❒ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❒ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❒ | Deft. ORDERED REMOVED to originating district |
| ❒ | Waiver of ❒ preliminary hearing; ❒ Waiver Rule 40 hearing |
| ❒ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❒ | ARRAIGNMENT ❒HELD. Plea of NOT GUILTY entered. ❒Set for DISCOVERY DISCLOSURE DATE: |
| ❒ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ❒ | NOTICE to retained Criminal Defense Attorney handed to counsel |