# COURTROOM DEPUTY'S MINUTES          MIDDLE DISTRICT OF ALABAMA

-----------------------------------------------------------------------------------------------------

❏ **INITIAL APPEARANCE**                    **DATE: April 24, 2006**
❏ **BOND HEARING**
√ **DETENTION HEARING**                    **Digital Recording   1:08 - 1:55**
√ **PRELIMINARY  EXAMINATION**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGNMENT**

-----------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker       DEPUTY CLERK: Joyce Taylor**

**CASE NO. 2:06mj38-SRW          DEFENDANT NAME: Antonio Cervantes-Cano**

**AUSA:   David Cooke             DEFT. ATTY:  Christine Freeman**

                    **Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( √ ) FPD**

**USPO/USPTS: Ron Thweatt**


**Interpreter needed: (    ) NO; ( √ )YES  Name:    Teresa Ramos (TIP)**

_____

| | |
|---|---|
| ❏ | Date of Arrest or ❏ Arrest Rule 40 |
| ❏ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| √ | Detention Hearing/Preliminary Examination held. |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered.  Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| √ | Court finds PROBABLE CAUSE.  Defendant bound for further proceedings |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | WAIVER of Speedy Trial.  CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

## CONTINUATION OF PROCEEDINGS:

1:08 p.m.    Court convenes.

Interpreter sworn.

Ms. Freeman's questions to interpreter.

1:10 p.m.    Court's questions to Ms. Freeman regarding detention hearing.

Ms. Freeman's statements as to detention matter.

1:11 p.m.    Court will proceed with detention hearing and preliminary examination.

1:12 p.m.    Witness sworn.  Testimony begins.

Government's direct examination (Henderson)

1:19 p.m.    Ms. Freeman's cross examination (Henderson)

1:44 p.m.    Government's direct examination (Thweatt)

1:46 p.m.    Ms. Freeman's cross examination (Thweatt)

1:53 p.m.    Government rests.

Defendant rests.

1:54 p.m.    Court finds probable cause and will detain the defendant.

1:55 p.m.    Court recessed.