IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06mj38-SRW |
| | ) | |
| ANTONIO CERVANTES-CANO | ) | |

**ORDER**

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing was held on April 25, 2006. I find that the credible testimony and information submitted at the hearing establishes by clear and convincing evidence that defendant is present in the United States illegally. He is subject to deportation by the government, and a detainer has been lodged against him. Although defendant has ties to this district, he also has strong ties to Mexico by virtue of his birth and residence in that country. He faces a substantial maximum sentence if convicted.

Further, based on the evidence adduced at the hearing, the Magistrate Judge concludes that there is probable cause to believe that the defendant committed the offense charged in the complaint. Therefore, it is

ORDERED that the defendant is bound over to the district court for further proceedings. It is further

ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private

consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

    DONE, this 25th day of April, 2006.

                        /s/ Susan Walker  
                        SUSAN RUSS WALKER  
                        UNITED STATES MAGISTRATE JUDGE